# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARRINSON JOSE OSUNA BENITEZ,<br><br>                      Petitioner,<br>v.<br><br>LAURA HERMOSILLO, et al.,<br><br>                      Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:25-cv-02535-BAT |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

      The Petition for writ of habeas corpus is granted; Petitioner shall be released immediately; Petitioner shall not be redetained without proper and adequate notice, opportunity to reapply for parole, and a hearing before a neutral decision maker.

Dated this 30th day of December, 2025.

 

                                                                       RAVI SUBRAMANIAN
                                                                       Clerk of Court

                                                                       s/ Andy Quach
                                                                       Deputy Clerk